## CRUTCHFIELD V. THE STATE.

*Abusive or Threatening Letters.*

(Decided Feb. 14, 1907.)

APPEAL from Geneva County County.

Heard before Hon. P. N. HICKMAN.

No counsel marked for appellant.

MASSEY WILSON, Attorney General, for the State.

DENSON, J.—The affidavit is in the language of section 4307, Code 1896, and the cause is affirmed.

TYSON, C. J., HARALSON and SIMPSON, JJ., concur.

---

## FRANCIS, ET AL. V. WHITE.

*Equity.*

(Decided April 4, 1907.)

APPEAL from Morgan Chancery Court.

Heard before Hon. W. H. SIMPSON.

CALLAHAN & HARRIS, for appellant.

E. W. GODBY, for appellee.

McCLELLAN, J.—Affirmed on the authority of *Francis, et al. v. White,* 142 Ala. 590, 39 South. 174.

TYSON, C. J., DOWDELL and ANDERSON, JJ., concur.

---

## GALLOWAY COAL CO. V. KELLY.

*Damages.*

(Decided Nov. 15, 1906. Rehearing denied March 2, 1907.)

APPEAL from Walker Circuit Court.

Heard before Hon. A. A. COLEMAN.

COLEMAN & BANKHEAD, WALKER, TILLMAN, CAMPBELL & WALKER, for appellant.

BOWMAN, HARSH, & BEDDOW, and J. T. SHUGART, for appellee.

Affirmed. Opinion by WEAKLEY, C. J.

HARALSON, SIMPSON and DENSON, JJ., concur.